United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:24−cr−00384 |
| | § | |
| Samuel Griffin | § | |

**ORDER RESETTING SENTENCING**

The sentencing of **Samuel Griffin** is reset:

1. The presentence investigation report is to be disclosed by June 17, 2025.

2. Counsel will file objections or a statement of no objections by July 1, 2025.

3. The final presentence investigation report and addendum will be filed by July 15, 2025.

4. The sentencing hearing is reset to **July 24, 2025 at 01:30 PM**.

Signed on April 3, 2025, at Houston, TX
.

_____
David Hittner
United States District Judge